FELLOWES, INC., Appellant

v.

ACCO BRANDS CORPORATION, Appellee.

No. 2015–1661.

United States Court of Appeals, Federal Circuit.

March 16, 2016.

Bryan Patrick Collins, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellant. Also represented by Emily T. Bell, William P. Atkins, Robert M. Fuhrer.

Steven R. Trybus, Jenner & Block LLP, Chicago, IL, argued for appellee. Also represented by Michael Glenn Babbitt, Peter J. Brennan; Richard L. Kaiser, Michael Best & Friedrich LLP, Waukesha, WI.

PROST, Chief Judge, REYNA and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**